# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

| | |
|---|---|
| Jason Coburian Ortiola,<br><br>    Petitioner,<br><br>  vs.<br><br>United States of America,<br><br>    Respondent. | CIVIL CASE NO. 06-00037<br><br>**NOTICE OF ENTRY** |

Notice is hereby given that on the date indicated below this court entered on the docket of the above-entitled case the following:

**Order re Motion to Vacate, Set Aside or Correct Sentence filed April 17, 2007**
**Date of Entry: April 17, 2007**

The original order is on file at the Clerk's Office of this Court. The document may viewed at the Clerk's Office and is available for viewing on the Internet by using PACER for a fee. Information on the PACER system can be found on the court's web page: www.gud.uscourts.gov.

Dated this 17th day of April, 2007.

MARY L.M. MORAN
Clerk, District Court of Guam

By: /s/ Renee M. Martinez
    Deputy Clerk