# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

JASON COBURIAN ORTIOLA,

    Petitioner,

vs.

UNITED STATES OF AMERICA,

    Respondent.

Criminal Case No. 05-00047
Civil Case No. 06-00037

**ORDER**

This matter comes before the court on Petitioner Jason Ortiola's ("Ortiola") Motion for Certificate of Appealability ("motion") following the court's denial of his motion to correct sentence pursuant to 28 U.S.C. § 2255. A certificate of appealability may be issued from a final order in a proceeding under § 2255 "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). Ortiola has made no such showing. Further, Ortiola has failed to demonstrate that the issues surrounding this court's denial of his § 2255 petition are "debatable among jurists of reason." *See, Jennings v. Woodford*, 290 F.3d 1006, 1010 (9th Cir. 2002). Accordingly, Ortiola's motion for a certificate of appealability is **DENIED**.

**IT IS SO ORDERED**.



/s/ **Frances M. Tydingco-Gatewood**
        **Chief Judge**
    **Dated: May 02, 2007**